■ KRISTOFER KWANT, by His Mother and Natural Guardian, MARY A. KWANT, et al., Respondents, v D. JACKSON COLEMAN, Appellant, et al., Defendants.—Order, Supreme Court, New York County (Ira Gammerman, J.), entered on January 25, 1987, unanimously affirmed, without costs and without disbursements. A motion by plaintiffs-respondents to strike certain portions of defendant-appellant's brief granted, and a further motion by plaintiffs-respondents to strike appellant's entire reply brief denied. No opinion. Concur—Murphy, P. J., Sandler, Sullivan, Rosenberger and Smith, JJ.